

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*      main: (973) 645-2700
*Newark, NJ 07102*                 direct:(973) 297-2019
*jessica.laserna@usdoj.gov*

July 21, 2026

<u>**Via ECF**</u>
Honorable Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re:  *Vidal-Alvarado v. Bondi, et al.*, No. 26-00880
>       **Request to Close Case and Lift Transfer Injunctions**

Dear Judge Neals:

This Office represents Respondents in this habeas matter filed by Petitioner Steven Fernando Vidal-Alvarado, to challenge the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). On February 2, 2026, the Court ordered that Respondents are temporarily enjoined from transferring Petitioner from his current detention facility in New Jersey during the pendency of this action until further Order of the Court. *See* ECF No. 2 at 2. By Order entered February 19, 2026, the Court granted the Petition, directed Respondents to provide Petitioner with a bond hearing, and closed the case. *See* ECF No. 5 at 4. On April 20, 2026, after Petitioner's counsel was ready to proceed, the bond hearing was held and the immigration judge denied Petitioner release on bond. *See* ECF No. 9-1 (Bond Order).

On April 24, 2026, Petitioner filed a Motion to Enforce Judgment, challenging the immigration court's denial of bond. *See* ECF No. 10. On April 27, 2026, the Court reopened the case and directed Respondents to file a response to the Motion. *See* ECF No. 11. On May 12, 2026, Respondents filed a response in opposition to the Motion. *See* ECF Nos. 12, 13. By Order dated May 28, 2026, the Court denied Petitioner's Motion. *See* ECF No. 16. In light of the foregoing, Respondents respectfully request that the Court close this case and lift any transfer injunctions imposed. *See* ECF No. 2 at 2.

We thank the Court for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc:    Counsel of record (via *electronic filing*)

**So ORDERED on 7/22/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**

2